# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SANTIAGO DE LA CRUZ,  )<br>  )<br>Defendant.  )<br>  ) | Case No. 21-CR-670-JLS<br><br>**ORDER CONTINUING**<br>**MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Mr. De La Cruz's Motion Hearing and Trial Setting be continued from May 7, 2021 until June 11, 2021 at 1:30 pm. Defendant shall file an acknowledgement of the new hearing date by May 21, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: May 5, 2021

Hon. Janis L. Sammartino
United States District Judge